COURTROOM MINUTES

JUDGES Hittner                                                    PRESIDING

COURTROOM CLERK    E. Alexander

COURT REPORTER    Mayra Malone

LAW CLERK    Marti Cherry

MORNING
SESSION _____    AFTERNOON
SESSION  2:30-2:40    DATE: 2/6/08

---

DOCKET ENTRY

(DH) H-06-2562                                            (Rptr- Malone    )
       (PROCEEDINGS: Jury Deliberations                               )

Kiva Kitchen & Bath, Inc.,        V.  Capital Distributing, Inc., et al,

Appearances: For Plaintiff: D. Burgert/A. Pogach

For Deft: M. Hendrix/O. Boudreaux

For Third Party Defendant: J. Meador/S. Shanes

Jury Deliberations held and concluded. Verdict in favor or Plaintiffs. Final Judgment to issue.

Witnesses: