UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kiva Kitchen & Bath, Inc., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.: H-06-2562 |
| | § | |
| | § | |
| Capital Distributing, Inc., | § | |
| et al, | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendant's Motion for Judgment as a Matter of Law and, in the Alternative, Request for New Trial (Inst. # 168). Having considered the motion, submissions and the applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

Orders that Defendant's Motion for Judgment as a Matter of Law and, in the Alternative, Request for New Trial (Inst. # 168) is DENIED.

Signed at Houston, TX on the _____7_____ day of May, 2008.

DAVID HITTNER
United States District Judge